No. 01–1069. GRIFFIN v. CITY OF OPA LOCKA ET AL.; and

No. 01–1238.  CITY OF OPA LOCKA v. GRIFFIN.  C. A. 11th Cir. Certiorari denied.